IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    Case No. 1:09-cr-10019

WILLIE EARL MANNING                                                                     DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed June 28, 2016, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 63). Judge Marschewski recommends that the Motion to Withdraw (ECF No. 62) filed by Bruce D. Eddy, counsel for Defendant Willie Earl Manning, be granted and that Defendant's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. Section 2255 (ECF No. 55) be denied.

Defendant has not filed objections to the Report and Recommendation, and the time to object has passed.[1]  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. Section 2255 (ECF No. 55) is hereby **DENIED** and the Motion to Withdraw (ECF No. 62) is hereby **GRANTED**. Bruce D. Eddy is hereby relieved as attorney of record for Defendant. The Clerk is directed to remove Mr. Eddy from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 9th day of February, 2017.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge

---

[1] Defendant's objections were originally due on or before July 15, 2016. However, the Court granted Defendant's motion for an extension of time to object, making Defendant's objections due on or before October 21, 2016.